IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**DEBORAH WALLIS
and TIANNA NEAL**,
individually and on behalf of
all other similarly situated
    Plaintiffs,

  v.

**OZ MANAGEMENT GROUP, INC., d/b/a
CUSTOMER CONTACT SERVICE INC.
and DOROTHY ARMSTRONG**,
    Defendants.

Case No. 21-CV-290-JDP

---

**JOINT MOTION FOR FINAL APPROVAL OF RULE 23 CLASS
AND COLLECTIVE ACTION SETTLEMENT**

---

Plaintiffs Deborah Wallis and Tianna Neal (collectively "Plaintiffs"), individually and on behalf of the Fair Labor Standards Act ("FLSA") Armstrong Collective, Oz Collective, and Infinity Collective (collectively the "Collective Classes") and the Wisconsin Fed. R. Civ. P. 23 Class ("Rule 23 Class") (the Collective Classes and the Rule 23 Class collectively "Class Members") and Defendants Oz Management Group, Inc. d/b/a Customer Contact Service, Inc. and Dorothy Armstrong (collectively "Defendants"), by and through their Counsel, submit this Joint Motion for Final Approval of Rule 23 Class and Collective Action Settlement. This Motion is supported by the Parties' Brief in Support of this Motion as well as the declarations of Attorneys Larry A. Johnson and Patrick Moran, along with the declaration of Jennifer Mills. The Parties further state as follows:

1.      The Parties, through negotiation, reached a settlement in this case on August 18, 2022 on a collective and class-wide basis. On March 20, 2023, The Court entered an Order granting the Parties' Renewed Joint Motion for Preliminary Approval and Class Certification, which found the settlement agreement was likely to be approved as fair, reasonable, and adequate, certified the Classes pursuant to Rule 23 and 29 U.S.C. § 216(b). (Dkt. No. 95.) The Court authorized the Parties to distribute Notice to Class Members and set the fairness hearing for final approval of this settlement for August 11, 2023 at 10 a.m. (Dkt. No. 95.)

2.      Pursuant to the Court's Order preliminarily approving the settlement and authorizing notice, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs is currently pending in this matter. (Dkt. No. 101.)

3.      The Parties have carried out their obligations to provide notice to the Class Members pursuant to the Court's Orders and the Settlement Agreement. In total, 173 members of the Collective Classes have opted-into the settlement and no Class Members have objected or excluded themselves from the settlement.

ACCORDINGLY, the Parties respectfully request that the Court enter an Order finally approving their Settlement Agreement as set forth in the attached Proposed Order.

Dated this 10th day of July, 2023.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| _s/PATRICK MORAN_ | _s/LARRY JOHNSON_ |
| Patrick F. Moran | Larry A. Johnson |
|  | WI Bar No. 1056619 |
| **Gordon Rees Scully** | Summer Murshid |

| | |
|---|---|
| **Mansukhani, LLP** <br> One North Franklin Street <br> Suite 800 <br> Chicago, Illinois <br> Telephone:  (312) 565-1400 <br> Fax:  (312) 565-6511 <br> E-Mail:  pmoran@grsm.com <br><br> Attorney for Defendants Oz Management Group, Inc. d/b/a Customer Contact Services, Inc and Dorothy Armstrong | WI Bar No. 1075404 <br> Timothy Maynard <br> WI Bar No. 1080953 <br><br> **Hawks Quindel, S.C.** <br> 5150 N. Port Washington Road, Suite 243 <br> Milwaukee, WI 53201-0442 <br> Telephone:  (414) 271-8650 <br> Fax:  (414) 271-8442 <br> E-mail:  ljohnson@hq-law.com <br>    smurshid@hq-law.com <br>    tmaynard@hq-law.com <br><br> Attorneys for Plaintiffs |