UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DEBORAH WALLIS
and TIANNA NEAL,
individually and on behalf of
all other similarly situated
        Plaintiffs,

v.                                       Case No. 21-CV-290-JDP

OZ MANAGEMENT GROUP, INC., d/b/a
CUSTOMER CONTACT SERVICE INC.
and DOROTHY ARMSTRONG,
        Defendants.

---

### ORDER GRANTING FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND APPROVING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

---

IT IS HEREBY ORDERED:

    1.    The motion for final approval of the settlement, Dkt. 96, is GRANTED. The court finds that the relief provided to the class is fair and reasonable and that the terms are a reasonable resolution of a bona fide dispute between the Defendants, the Named Plaintiffs, the members of the certified Rule 23 Classes and the 29 U.S.C. § 216(b) Collective Classes.

    2.    Plaintiffs' motion for attorney fees, Dkt. 101, is GRANTED in part and DENIED in part. Plaintiffs' request for $91,666.67 is reduced to $86,666.67.

    3.    The court approves a settlement of $70,707.46 for the collective members and $7,848.38 for the Wisconsin class members. The parties are directed to redistribute $5,000 (the difference between plaintiffs' requested fees and the

amount approved by the court) to the collective and the class based on each member's pro-rata share.

4. The court approves $3,000 incentive awards for each of the class representatives.

5. The Court approves $21,604.86 in costs, which includes $17,260 for the administrator and $4,344.86 for counsel.

6. This case is dismissed without prejudice and without further cost to either party. The Court shall retain jurisdiction over this matter to the extent it is necessary to enforce the Parties' settlement.

7. After the settlement is executed, the parties may move to dismiss the case with prejudice if they wish.

Dated: *AUGUST 11, 2023*

BY THE COURT:

James D. Peterson
U. S. District Judge